ORIGINAL

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dallas Division

FILED
2018 JUN 20 PM 4:43
DEPUTY CLERK ___CM___

| Daniel Caldwell | ) Case No. 3-18CV1617-C |
|---|---|
| Plaintiff(s) | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: (check one) ☒ Yes ☐ No |
| -v- | ) |
| Parker University | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Daniel Caldwell  *temporarily residing until 8/11/2018 at* |
|---|---|
| Street Address | 3711 Southmore Blvd. Apt. xxx   *1913 Wild Horse Corral* |
| City and County | Houston, Harris   *Lewisville, Denton* |
| State and Zip Code | Texas 77004   *Texas 75067* |
| Telephone Number | 512-761-5740 |
| E-mail Address | daniel.caldwell@g.austincc.edu |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name     Parker University
    Job or Title *(if known)*     College of Chiropractic
    Street Address     2540 Walnut Hill Lane
    City and County     Dallas, Dallas
    State and Zip Code     Texas 75229
    Telephone Number     214-902-3470
    E-mail Address *(if known)*     aklement@parker.edu

Defendant No. 2

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Higher Education Act, 20 U.S.C. Sec. 1070 et seq., esp. 1091a and 1091b; Rehabilitation Act of 1973, 29 U.S.C. Sec. 794; Americans with Disabilities Act, 42 U.S.C. Sec. 202, as incorprated against an entity whose services, programs, and activities receive federal funds; and the 5th and 14th Amendments, as incorporated against an institution conducting a quasi-criminal proceeding.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* / _____, is a citizen of the State of *(name)* / _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* / _____, is incorporated under the laws of the State of *(name)* / _____, and has its principal place of business in the State of *(name)* / _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* / _____, is a citizen of the State of *(name)* / _____. Or is a citizen of *(foreign nation)* / _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* / _____ , is incorporated under the laws of the State of *(name)* / _____ , and has its principal place of business in the State of *(name)* / _____ .

          Or is incorporated under the laws of *(foreign nation)* / _____ , and has its principal place of business in *(name)* / _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

/

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On June 20, 2014, defendant Parker University fraudulently expelled plaintiff Daniel Caldwell ("DC") from the Doctor of Chiropractic Program without notice prior to that day of a hearing.
The dean of student affairs had called DC to his office that same day.
At that hearing, DC was not informed of the allegations against him (sexual harassment and vandalism).
DC had not committed sexual harassment nor vandalism, nor any violation of the Code of Student Conduct.
Without due process of fair notice of the allegations against DC nor reasonable opportunity to respond, the committee immediately and permanently dismissed DC from Parker University.
On June 24, 2014, before providing DC with the basis for the dismissal, the Academic and Professional Standards Appeals Committee denied DC's appeal, which requested to know, in identifiable terms, what the allegation(s) against him were.
On June 27, 2014, the university Vice President held that due process was provided, despite lack of notice and opportunity to respond, and despite the conclusions of the committees being unsupported by facts.
On July 21, 2014, the university Provost held that, in addition to upholding the dismissal, DC would be required to pay $6,444 to Parker University in order to obtain a transcript.
DC timely appealed the ruling of the Provost regarding the $6,444 to the university President, who never responded directly.
DC sought review by the Texas Higher Education Coordinating Board and by the Department of Education.
Parker University offered to pay $2,556 and to release DC's transcript in exchange for a waiver of all claims.
When DC requested clarification and made a counter-offer, Parker University withdrew the offer to settle.
The Office of Civil Rights later determined that retaliation for protected free speech is not discrimination.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of attendance at Parker University, DC has outstanding student loan debts of $64,319, notated below. This debt is a fair and approximate representation of the actual, direct, and consequential damages caused by Parker University acting in bad faith, and DC asks that this court order Parker University to pay this amount. In addition to the claims of violation of the federal regulations which resulted in Parker's dismissal of DC and refusal to release DC's transcript, state law grounds for awarding damages include breach of contract, fraud, or quantum meruit. *and refusal to mitigate damages.*
The $64,319 amount includes moneys received and held by Parker University for academic credit which DC earned but which Parker University prevented DC from transferring in order to apply to any degree or licensure. This amount is less than DC's net economic damages suffered as a result of lost time and opportunity caused by Parker's refusal to allow transfer of credit from 2013-2014, but is an appropriate estimate to avoid speculation. This amount does not include exemplary or punitive damages that the court may determine are appropriate.
Loan Direct Unsubsidized Loan, Date Sep 2013, Disbursed $33,000, Principal $35,013, Interest $6,518, % 5.410
Total $41,531
Loan Direct Unsubsidized Loan, Date May 2014, Disbursed $9,987, Principal $10,317, Interest $1,921, % 5.410
Total $12,238
Loan Direct PLUS Loan, Date Sep 2013, Disbursed $8,051, Principal $8,637, Interest $1,913, % 6.410
Total $10,550
Status DA, Servicer DEPT OF ED/GREAT LAKES

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06/20/2018

Signature of Plaintiff     /s/ Daniel Caldwell

Printed Name of Plaintiff   Daniel Caldwell

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

RECEIVED
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Daniel James Caldwell

### DEFENDANTS
Parker University, College of Chiropractic

**(b)** County of Residence of First Listed Plaintiff: Harris, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas, Texas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se, 3711 Southmore Blvd, Apt xxx
Houston, TX 77004, phone number 512-761-5740

Attorneys *(If Known)*

3-18CV1617-C

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☒ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
20 U.S.C. Sec. 1091b - Institutional refunds, 29 USC 794, 42 USC 202

Brief description of cause:
University fraudulently dismissed plaintiff, withholds transcripts, and claims refund amount is not a refund but is owed to scho[ol]

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ 64,319
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 6/19/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Daniel Caldwell

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____