

**PARKER**
UNIVERSITY

Igniting Passion Transforming Lives

June 20, 2014

Daniel Caldwell
Tri III

Dear Daniel,
As you know, a meeting of the Academic and Professional Standards Committee was held to determine if you had violated the following guidelines outlined in the Student Handbook:

- Physical abuse/assault, verbal abuse, threats, intimidation, harassment, coercion and/or other conduct which threatens or endangers the health or safety of any person

- Attempted or actual theft and/or damage to the property of the University or property of any student, faculty, or staff member.

The decision of the APS committee was that you did violate the Student Code of Conduct. As a result you have been immediately and permanently dismissed from Parker University. You will not be allowed to return to campus without permission from the Student Affairs Office. *electronically*

If you do not agree with the decision of the committee, you may appeal by submitting X a letter to my office within five business days stating the reason for your appeal. Shortly after, the Appeals Committee Chair will notify you regarding the course of action. You will be notified of the Appeals Committee decision, which is final.

Sincerely,

V. Ballesteros
Victor H. Ballesteros
Dean of Student Affairs

Parker University
Student Affairs
2540 Walnut Hill Lane
Dallas, Texas 75229
www.parker.edu

*By signing this letter, I acknowledge that I have read and understand the decision and the appellate process. In no way am I admitting guilt or stating that I agree with the decision.*

Daniel Caldwell                          20-Jan-2014
                                         Date