## STUDENT FORMAL COMPLAINT FORM

*Please provide the requested information so that Parker University can
properly investigate and resolve your complaint. You are not limited to the
space provided and may attach additional pages as needed.*



PARKER™
U N I V E R S I T Y

Name <u>Daniel James Caldwell</u>          Student ID <u>71065</u>          Tri <u>3</u>

Phone Number (512) 761-5740          Email Address <u>DCaldwell@parker.edu</u>

A.   **Complaint** – Please separately list your complaint(s), with the relevant date(s), and identify the
     person(s) about whom you are complaining:

     1.   Mr. Ballesteros refused to forward to the APS Appeal committee my properly submitted appeal
          (dated 20/[22 for hard copy] April 2014, per page 23 of the Student Handbook) from terms of its
          previous decision (dated 15 April 2014) which included punitive terms after first determining that I
          did *NOT* violate the Student Code of Conduct. (emphasis added, further described in section D)
     2.   With Mr. Ballesteros as Chair, I was not informed until the same day (Friday 20 June 2014) of the
          APSC hearing that one would even be held, preventing preparation time to find/submit
          documentation or witnesses to support my response to the charges presented in the APSC hearing.
     3.   Mr. Ballesteros violated/abused the trust laid in him wherein he had assured me of having my best
          interest at heart and then sought my expulsion.
     4.   Some charges/accusations were raised (parts of B, C, D and/or V on Student Handbook pp.21-22) in
          further violation of the due process requirement (p.23 of the Student Handbook) which were not
          even included in the notice, but only by allowing access to the confidential minutes/record could
          this be confirmed or a defense besides a confused denial made.
     5.   As of today on the phone (08:57 Monday 23 June 2014), Mr. Ballesteros denied being the one who
          decides that I am not allowed to continue attending classes while the appeal is pending (denial in
          contradiction of page 23).

B.   **Evidence** – Please identify and attach copies of all letters, notes, memos, diaries, calendars, reports, or
     other documents or items that support your complaint(s):

     1.   Sunday, April 20th Appeal Letter
     2.   Email from V. Ballesteros, Friday, June 20, 2014 6:56 AM
     3.   Email to V. Ballesteros, Tuesday, April 08, 2014 5:12 PM
     4.   Committee minutes (ball to East 108, ceiling tile, adjusting), not available to me
     5.   No recording available, 12 minutes 34 seconds
          Others referenced in D

     _1,2,3____          Check here if the identified documents are being submitted with this form.

C.   **Witnesses** – Please identify all individuals who know about the incidents you listed in Section A:
     1.   Elgrie J. Hurd
     2.   Jacquelyn Elbel
     3.   Ashley Long
     4.   Matt C. Jackson
     5.   Cameron Call

D.   **Describe Attempt to Solve as Informal Complaint**
     Pursuant to the instructions on page 24 of the Student Handbook, I have had a series of meetings and
     discussions with Mr. Ballesteros leading up to this complaint.

The issue first arose on Tuesday 1 April 2014, when it was ruled that I would not be allowed to attend classes or on-campus events for the next several days, although he reversed this decision after the 3rd day of missed classes was over.

Contrary to the policy on page 23 of the Student Handbook, a hearing before the Academic and Professional Standards Committee was neither held nor even scheduled within the seven business days allotted.

Then, after the APSC announced and held on Friday 11 April determined that I did NOT violate the Student Code of Conduct, punitive requirements were still then implemented in the decision letter received Tuesday 15 April.

Given this adverse decision, I timely submitted an appeal of the contradiction electronically at 5:03am on Sunday 20 April and in hard copy Tuesday 22 April.

Again contrary to the Student Handbook (page 24), Mr. Ballesteros did not obtain or return a decision from the APS Appeal committee.

Collaboration was then sought on other initiatives unsuccessfully (email sent Tuesday, May 27, 2014 9:32 AM, attached).

E.   **Desired Outcome** – Please state what action(s) you feel are appropriate to address the concerns you identified in Section A:

1. Reinstatement.
2. Oversight to prevent surprise (same-day) prosecution without due process to provide a fair time chance to prepare a statement in answer to the charges before being tried.
3. An apology.
4. Opportunity to make-up in-class/lab graded activities (Wednesday morning Gross II practical) while appeal is pending.
5. Acknowledgment that senior level staff should be just as responsible for knowing and following the policies as the students. (Student Handbook pp.19-20 and DC Program Catalog p.114)

_____   23 – June – 2014
Signature                                         Date

_____   _____
Vice President of Academics              Date Received

Revised: 1/12