Records-request

D/T: Monday 24 June 2014, 9:00AM

From: Daniel Caldwell, # 71065

Re: Student Record Request

To: Victor Ballesteros, Dean of Student Affairs

Mr. Ballesteros,

As a follow-up to the e-mail I sent yesterday intended as an addendum to the appeal and which contained the Formal Complaint form before my Parker accounts were de-activated and your phone call this morning, the purpose of the attached letter is to request my student file under FERPA, seeing I had no access to any records maintained by the university against me.

Not expecting to be cut off so rapidly, I had not been able to download the archive of emails sent to and from me using the DCaldwell@Parker.edu email, and I also request re-instatement of access to those for that specific purpose.

In being so suddenly expelled for an accusation , I still have not clearly been a) advised of the charges, b) given the opportunity to respond to the charges, and c) present documentation and/or witnesses to support [the] response. (Student Handbook p.23)

Please recognize this as an effort to understand why I have really been dismissed seeing that I did not violate the Code of Conduct as I am aware (pp.20-23).

Respectfully,

*[signature]*

DCaldwell@AggieNetwork.com
512-761-5740
11029 Shady Trail # 126
Dallas TX 75229

Page 1