

**PARKER**
UNIVERSITY

Igniting Passion Transforming Lives

June 24, 2014

Daniel Caldwell
11029 Shady Trail
Apt 126
Dallas, TX 75229

Dear Daniel,

A meeting of the Academic and Professional Standards Appeal Committee was held to review the decision rendered by the Academic and Professional Standards (APS) Committee.

The following sanctions were decided upon by the APS Committee:

- Dismissal from Parker University

After reviewing the documentation, the APS Appeal Committee felt the sanctions were appropriate and upheld the original decision.

With this dismissal, you are prohibited from being on the campus of Parker University, including all building and property on the main campus as well as the Irving Chiropractic Wellness Center. Should you desire to be on campus to conduct official business, you will need to contact me prior to obtain permission.

I wish you the best in your future endeavors.

Sincerely,

*V. Ballesteros*

Victor H. Ballesteros
Dean of Student Affairs


CC: Ms. Brandi Berger, Registrar
Dr. Reggie Brazzle, Director of Financial Aid
Mr. Larry Stamps, Director of Security

Parker University
Student Affairs
2540 Walnut Hill Lane
Dallas, Texas 75229
www.parker.edu