

June 27, 2014

*Sent via email to: DCaldwell@aggienetwork.com*

Dear Mr. Caldwell,

This letter is in response to your formal written complaint dated June 24, 2014. Parker University takes all complaints seriously.

As such a thorough investigation was conducted regarding the allegations in your formal complaint. The investigation included the review of the content and documents attached to, all the emails received between Friday, June 21 and Friday, June 27th.

There was a review of the policies and procedures included in the student handbook, College of Chiropractic Catalog and documents of the Academic and Professional Standards Committee (APSC) meeting held on June 24, 2014.

Today you were given the opportunity to provide additional relevant information during our conference call regarding the allegations in your formal complaint.

In regards to your complaints against Mr Ballesteros surrounding the April 2014 APSC meeting, since this allegation is more than 10 days in the past it is not actionable by policy.

The remaining allegations center on the question of Mr. Ballesteros failing to adhere to University policy: "Hearings are confidential, closed to the public and press; will be conducted in private and **due process guidelines** will be followed".

As I indicated to you on the telephone, I looked into definition of "due process". Due process is "administration of justice according to established rules and principles". It is my determination that Mr. Ballesteros acted in accordance with our policies in the events surrounding the APSC meeting held Friday, June 21st and the subsequent APS Appeal Committee held on Monday, June 23rd.

In closing, my findings are focused solely on the formal complaint you filed against Mr. Ballesteros and are unrelated to concerns you may have regarding Parker's Handbook procedures and policies.

I wish you the best in your future endeavors.

*[signature]*

Celia Plattner Maguire, DC, DACBR
Interim Vice President, College of Chiropractic

cc:  Gery Hochanadel, Provost
     Mr. Victor Ballesteros, Dean of Student Affairs

Parker University
VP, College of Chiropractic
2540 Walnut Hill Lane
Dallas, TX 75229
www.parker.edu