

Daniel Caldwell <alwaysremember@aggienetwork.com>

## Formal Complaint Against Mr. Ballesteros

**Daniel Caldwell** <dcaldwell@aggienetwork.com>   Thu, Jul 17, 2014 at 3:35 PM
To: "Mitchell D. Hadley" <MHadley@parker.edu>, GHochanadel@parker.edu
Bcc: Ed Krieger <edwin.krieger@gmail.com>

Dr. Hochanadel,
As a supplement to my appeal since a response is still pending, I have to add that I was informed today that as a direct result of the expulsion, a hold was placed on my transcript so I am prohibited from being able to transfer any of the credit from my time at Parker to another institution, such as Texas Chiropractic College in Pasadena. Please note and address in your reply this additional injustice which compounds upon my previous complaint(s).
Respectfully,
DC

DCaldwell@AggieNetwork.com
http://DanielJCaldwell.webs.com/
512-761-5740


On Mon, Jul 7, 2014 at 8:10 AM, Mitchell D. Hadley <MHadley@parker.edu> wrote:
> Received – thanks.
>
>
> **Mitchell Hadley**
> *Executive Assistant to the Provost*
>
> 
>
> 2540 Walnut Hill Lane, Dallas, TX 75229
> T: 214.902.3486 | F: 214.902.2454
> mhadley@parker.edu
> www.parker.edu | www.parkerseminars.com
>
> 
>
> ----------------------------------------------
> *Thinking about a career in chiropractic?*
> *Attend an open house! Register today!*

From: Daniel Caldwell [mailto:dcaldwell@aggienetwork.com]
Sent: Monday, July 07, 2014 8:09 AM
To: Mitchell D. Hadley
Subject: Fwd: Formal Complaint Against Mr. Ballesteros

DCaldwell@AggieNetwork.com

http://DanielJCaldwell.webs.com/

512-761-5740

---------- Forwarded message ----------
From: **Daniel Caldwell** <dcaldwell@aggienetwork.com>
Date: Mon, Jul 7, 2014 at 7:11 AM
Subject: Re: Formal Complaint Against Mr. Ballesteros
To: Celia Maguire <CMaguire@parker.edu>, GHochanadel@parker.edu
Cc: Victor Ballesteros <vballesteros@parker.edu>, along@parker.edu, Kathey Insley <kinsley@parker.edu>

Good morning,

Please find attached my appeal to the Provost per page 120 of the DC Program catalog:

If either the student or other involved party does not feel that the recommendation is appropriate, they may appeal in writing to the Provost within five (5) business days of receiving the recommendation.

Kindly confirm receipt.

Respectfully,

DC

DCaldwell@AggieNetwork.com

http://DanielJCaldwell.webs.com/

512-761-5740

On Fri, Jun 27, 2014 at 5:20 PM, Celia Maguire <CMaguire@parker.edu> wrote:

> Mr. Caldwell,
>
> Please find attached my response to your formal complaint filed against Mr. Ballesteros.
>
> I regret this situation occurred and I wish you the best in your future endeavors.
>
> **Celia Plattner Maguire, DC, DACBR**
> *Interim Vice President, College of Chiropractic*
>
> 
>
> 2540 Walnut Hill Lane, Dallas, TX 75229
> T: 972 902 2446 | F: 214 902 3446
> cmaguire@parker.edu
> www.parker.edu | www.parkerseminars.com
>
> 
>
> ...................................................
> *Thinking about a career in chiropractic?*
> *Attend an open house! Register today!*
>
>