**PARKER**
UNIVERSITY

Igniting Passion. Transforming Lives.

VIA CERTIFIED MAIL

July 18, 2014

Mr. Daniel Caldwell
11029 Shady Trail
Apt 126
Dallas, TX 75229

Reference: Appeal of the decision of the Vice President of the College of Chiropractic at Parker University upholding the Academic Standards Appeal Committee decision to dismiss you from the University.

Parker University
Office of the Provost
2540 Walnut Hill Lane
Dallas, Texas 75229
www.parker.edu

Dear Mr. Caldwell:

This letter is in response to your letter dated Monday, July 7, 2014 requesting to appeal the decision of the Vice President of the College of Chiropractic at Parker University to uphold the Academic Standards Appeal Committee decision to dismiss you from the University.

The Provost office conducted an investigation with careful due diligence and analysis of all documents regarding your appeal of your dismissal from Parker University. The Provost reviewed the following documents:

- Student conduct policies found on pages 114-122 in the Parker University, Doctor of Chiropractic Catalog 2013-2014;
- The official student complaint form;
- The letter of notification of the charges;
- Minutes of the Academic and Professional standards committee meeting;
- Minutes of the Academic and Professional Standards Appeal committee meeting; and
- The letter from the Vice President of the College of Chiropractic denying your appeal.

After conducting my review and investigation, it is my judgment that the University followed its policy and procedures regarding student conduct in this matter and your appeal is denied. This decision is final and concludes the appeal process.

Sincerely,

*[signature]*

Gery C Hochanadel, Ph.D.
Provost

cc: Dr. Brian McAulay, President
Dr. Celia McGuire, Vice President of the College of Chiropractic
Mr. Victor Ballesteros, Dean of Students