

Daniel Caldwell <alwaysremember@aggienetwork.com>

# 06152021 complaint against Parker University

**Daniel Caldwell** <dcaldwell@aggienetwork.com>　　　　　　Fri, Feb 19, 2016 at 10:59 AM
To: sean.urich@ogletreedeakins.com

Good morning.
You asked me to resend this and advised that, although you will bring it and our conversation this morning to the attention of the Parker administration, I would not find any other assistance in resolving or settling my Complaints by contacting you again.
Thank you for answering my phone call to your office.
Daniel Caldwell

---------- Mensaje remitido ----------
De: "Daniel Caldwell" <dcaldwell@aggienetwork.com>
Fecha: sep 28, 2015 11:39 AM
Asunto: Re: 06152021 complaint against Parker University
Para: "Beattie, Chester" <Chester.Beattie@thecb.state.tx.us>, <sean.urich@ogletreedeakins.com>, "Angela Klement" <aklement@parker.edu>, "Brian J. McAulay" <bmcaulay@parker.edu>, "Gery C. Hochanadel" <GHochanadel@parker.edu>, "Ray Martinez" <ray.martinez@icut.org>
Cc:

Good morning,
Last week, I finally received the first update from the US Department
of Education Family Policy Compliance Office regarding my August 2014
complaint since they acknowledged it in September 2014.
Having re-sent them the documentation they requested, I was also
advised to submit a new settlement offer.
You may recall that I gave several reasons that Parker's offer was unacceptable.
To simplify the negotiation, I am offering to waive those concerns and
accept an agreement to settle on the terms below, as a new offer.
> Please advise if you except or reject this revised offer [which will remain available for
30 days, until 28 October 2015].
Respectfully,
DC
10045 Silent Hollow Drive, Fort Worth, TX 76140
DCaldwell@AggieNetwork.com
http://DanielJCaldwell.webs.com/
512-761-5740

On Mon, Feb 9, 2015 at 11:26 AM, Beattie, Chester <Chester.Beattie@thecb.state.tx.us> wrote:

> Parker's Offer
>
>
>
> §  Parker University does not believe that a letter of apology is
> warranted and will not agree to this.
>
> §  After Mr. Caldwell was dismissed as a student, $6,440 was returned to the Department
> of Education by Parker University. Parker University offered to no longer demand reimbursement from Mr. Caldwell for this specific amount.
>
> §  There is a remaining balance of $4,056 for Mr. Caldwell's summer tuition
> ($10,469 - $6,440 = $4,056).
> In consideration of costs of attendance, of loss of credit upon transfer, and of lost time and opportunity due to the delay in releasing Mr. Caldwell's transcript, Parker University will refund and/or reimburse a total of $24,286 to Mr. Caldwell for the balance of tuition paid, including $10,115 per trimester for fall 2013 and spring 2014, neglecting fees.
> §  In addition, in order to facilitate the transferring process to another
> institution for Mr. Caldwell, Parker University is willing to provide Mr.
> Caldwell an official copy of his transcript, [3 copies, separately sealed] which will indicate "In Good
> Academic Standing."
>
>
>
> Required from Daniel Caldwell
>
>
>
> §  Mr. Caldwell agrees to fully withdraw his complaints to the THECB and the
> U.S. Department of Education;
>
> §  Mr. Caldwell agrees to a signed settlement agreement containing a release
> of Parker University of any liability regarding Mr. Caldwell's dismissal and
> a "hold harmless" provision with regard to any future litigation on this
> matter; and that,
>
> §  Mr. Caldwell "cease and desist" from any future contact with Parker
> University students, faculty and staff and that he agree to not return to
> the Parker University campus.
>